## Tax Review Board *v.* B. & S. Construction Corporation, Appellant.

Argued December 10, 1968. *Ronald N. Rutenberg,* with him *Rutenberg, Rutenberg, Rutenberg & Rutenberg,* for appellant; *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Thomas A. Matthews,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellee.

Order affirmed.

MONTGOMERY, J., dissented.

## Varn Unemployment Compensation Case.

Argued December 12, 1968. *John Varn,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Decision affirmed.